IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | CASE NO.: 2:06-cv-1867 MCE KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **LT G. MARSHALL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Marshall is granted an additional forty-five days, to and including January 20, 2007, to complete and submit his discovery responses to Plaintiff.

DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1