EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendant Marshall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | CASE NO.: 2:06-cv-1867 MCE KJM |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY; ORDER** |
| v. | |
| **LT G. MARSHALL, et al.,** | |
| Defendants. | |

Under Local Rule 6-144(a), the parties stipulate as follows:

1. Defendants shall have an additional eight days from the date of this filing, to and including February 8, 2008, to conduct Plaintiff's deposition. The parties have jointly agreed to reschedule the deposition for February 8, 2008, at 10 a.m., via video conference. A Second Amended Deposition Notice was personally served on Plaintiff on January 31, 2008, reflecting this information.

///

**JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY**

1

1        2.    There have been no previous extensions of time granted for the purpose of
2  conducting Plaintiff's deposition.

3
4
5  DATED:_____                 _____
                                           Rebecca M. Armstrong-Grau
6                                             Deputy Attorney General
                                           Attorneys for Defendants
7
8  DATED: _____                _____
                                           Eddie Frias
9                                             Plaintiff in Pro Per

10
11  IT IS SO ORDERED
12  DATED:  February 15, 2008.
13                                             _____
                                           U.S. MAGISTRATE JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26  06cv1867.o.0215.wpd
    SA2007302361
27
28

**JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY**

2