IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | 2:06-cv-1867 MCE KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **LT G. MARSHALL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Marshall is granted an additional twenty-one days, to and including April 18, 2008, in which to file a dispositive motion in this matter (terminating docket no. 24).

DATED: March 31, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1