IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | 2:06-cv-1867 MCE KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **LT G. MARSHALL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant is granted an additional fourteen days, to and including, May 2, 2008, to file the dispositive motion in this matter (this disposes of docket no. 28).

Dated:  April 24, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1