IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE FRIAS,

      Plaintiff,                    No. CIV S-06-1867 MCE KJM P

    vs.

LT. G. MARSHALL, et al.,

      Defendants.           ORDER

_____/

       On March 31, 2008, plaintiff filed a motion asking that the court order defendants to respond to certain discovery requests previously propounded by plaintiff. On October 12, 2007, plaintiff was informed that all motions to compel discovery had to be filed no later than February 1, 2008. Because plaintiff has not provided an explanation justifying the late filing of his motion, his motion (docket entry #26) is denied.

DATED: April 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1
fria1867.mtc