IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | 2:06-cv-1867 MCE KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **LT. G. MARSHALL, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant is granted an additional twenty days, to and including June 27, 2008, to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (docket no. 40).

IT IS SO ORDERED.

Dated: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1