IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE FRIAS,** | CASE NO.:  2:06-cv-1867 MCE KJM |
| Plaintiff, | **ORDER VACATING PRETRIAL AND TRIAL DATES** |
| v. | |
| **LT G. MARSHALL, et al.,** | |
| Defendants. | |

The Court has considered Defendant's motion to vacate the pretrial and trial dates (docket no. 43) pending a decision on Defendant's motion for summary judgment filed on May 2, 2008.

Good cause showing, the dates for filing pretrial statements and trial are vacated. These dates shall be rescheduled, if need be, after a decision is rendered on Defendant's motion for summary judgment

**IT IS SO ORDERED.**

Dated:  July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

**ORDER VACATING PRETRIAL AND TRIAL DATES**

1