UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EDDIE FRIAS,

        Plaintiff,                No. 2:06-1867 MCE CKD P

  vs.

G. MARSHALL,

        Defendant.            **ORDER & WRIT OF HABEAS CORPUS**
                                       /        **AD TESTIFICANDUM**

      Eddie Frias, inmate # J-50361, a necessary and material witness in proceedings in this case on August 20, 2012, is confined in California State Prison - Corcoran, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 7, United States Courthouse, 501 I Street, Sacramento, California on August 20, 2012, at 9:00 a.m..

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.  The Clerk of the Court shall also serve a copy of this order and writ of habeas corpus ad testificandum on the Litigation Coordinator, California State Prison - Corcoran by fax (559) 992-7372.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden: California State Prison - Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California 93212-8309.**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 8, 2012

                                                              _/s/ Carolyn K. Delaney_
                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE

/kly
fria1867.841